## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 02, 2017

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN 38103-0000

    Re:  Case No. 16-5673, *Charles Stout, et al v. Equicredit Corp of America, et al*
           Originating Case No. : 2:15-cv-02665

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Robin L. Johnson on behalf of Roy Ford
                              Case Manager
                              Direct Dial No. 513-564-7039

cc:  Ms. Kavita Goswamy Shelat
     Mr. Charles Edward Stout
     Ms. Debra D. Stout
     Mr. Bradley E. Trammell

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-5673

_____

Filed: May 02, 2017

CHARLES EDWARD STOUT; DEBRA D. STOUT

     Plaintiffs - Appellants

v.

EQUICREDIT CORPORATION OF AMERICA; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK, Individiually and As Trustee for the Holders for the Eqcc Asset Backed Certificates, Services 2001-2002, By Select Portfolio Servicing, fka Fairbanks Capital Corporation As Attorney In Fact; NATIONS CREDIT FINANCIAL SERVICES CORPORATION, Individually and As Trustee for the Holders for the Eqcc Asset Backed Certificates, Series 2001-2002, By Select Portfolio Servicing, fka Fairbanks Capital Corp As Attorney In Fact; SHAPIRO AND INGLE, LLP; WILSON AND ASSOCIATES, PLLC; JOHN DOES 1-5

     Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 04/06/2017 the mandate for this case hereby issues today.

COSTS: None